**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **LEWIS COUNTY**, a Washington municipal corporation,<br><br>　　　　　Plaintiff-in-Interpleader,<br><br>v.<br><br>**UNITED STATES OF AMERICA**, by and through The Internal Revenue Service of the Department of Treasury; **STEVEN J. GANZER**, an individual,<br><br>　　　　　Defendants in Interpleader. | No.　3:16-cv-05170-BHS<br><br>**ORDER TO DEPOSIT FUNDS** (Interest-Bearing Account) |

　　　　In accordance with Plaintiff-in-Interpleader Lewis County's Motion to Deposit Funds into an interest-bearing account (#Dkt. 2), the Clerk of the Court is hereby ORDERED to accept a cashier's check, or a certified check, payable to the Clerk, United States District Court, in the amount of $137,444.67.

　　　　IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of the Clerk's Office allows, the Clerk of Court shall deposit these funds into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

Pursuant to the Court's standing order, an investment services fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court shall be deducted from the monies deposited with the Court prior to any distribution.

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing CRIS fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the non-interest-bearing Registry Fund of the Court for disposition pursuant to further order of the Court.

The Clerk of the Court, through the Financial Administrator, has pre-approved the form of this order.

It shall be counsel's responsibility to serve a copy of this order personally to confirm that any action required of the Clerk of Court or his/her designee by this Order has been performed.

IT IS SO ORDERED.

Dated this 28th day of March, 2016.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge